

E-FILED
Friday, 08 June, 2007, 11:22:26 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

JOHN NEW, JR.  )
    Plaintiff/Petitioner )
     )
     )
-VS- ) Civil Action No #. 07-3147
     )
     )
BRIAN THOMAS, et al., )
    Defendant/Respondent(s) )

## MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C. § 1915 (e)(1), plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has no access to a **Law Library** and no legal assistance whatsoever.

   Because Administrative Officials are denying Plaintiff's request to receive any Legal Books, Materials, etc, from outside Legal Assistance Agencies, denying Plaintiff the right to help himself in doing legal research on his Civil Action Complaint.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

4.   Plaintiff has made repeated efforts to obtain a lawyer.  Attached
to this motion are

(2) two letters from (2) two separate law firms, asking for them
for legal representation on a pro bono basis, because I lack knowledge
of the law, and I can't litigate my claim, without the help from a
skilled attorney.

6-4-07
Date

*(signature)*
Signature

R.R. 1, Box 6A, Rushville, Ill 62681
Address



**SONNENSCHEIN NATH & ROSENTHAL LLP**

Terrance A. Norton

tnorton@sonnenschein.com

7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6404
312.876.8000
312.876.7934 fax
www.sonnenschein.com

May 24, 2007

John New, Jr.
c/o Illinois Department of
 Human Services
R.R. 1, Box 6A
Rushville, IL 62681

Mr. New:

    We have received your request for legal representation on a pro bono basis by our firm, Sonnenschein, Nath & Rosenthal LLP. We receive many more requests for representation than we can undertake. After review of your file, we will not be able to provide you with advice or representation. This response to your request is not based upon any judgment as to the merits of your case.

                    Very truly yours,

                    Terrance A. Norton

Brussels   Charlotte   Chicago   Dallas   Kansas City   Los Angeles   New York   Phoenix   St. Louis
San Francisco   Short Hills, N.J.   Silicon Valley   Washington, D.C.   West Palm Beach



**Katten**
Katten Muchin Rosenman LLP

525 W. Monroe Street
Chicago, IL 60661-3693
312.902.5200 tel
312.902.1061 fax

JONATHAN K. BAUM
jonathan.baum@kattenlaw.com
312.902.5479   312.577.8672 fax

May 21, 2007

<u>LEGAL MAIL</u>

John New, Jr.
c/o Ill. Dept. of Human Services
R.R. 1, Box 6A
Rushville, IL 62681

Dear Mr. New:

I am in receipt of your request for pro bono legal assistance. Unfortunately, our firm will be unable to provide you with such assistance. This determination on our part does not represent any evaluation of the merits of your legal claim.

Very truly yours,

Jonathan K. Baum

JKB:jj