# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHN NEW, JR.,**     )  | **WRIT OF HABEAS CORPUS** |
| Plaintiff     ) | **AD TESTIFICANDUM** |
|     ) | |
| vs     ) | |
|     ) | **CASE NO. 07-3147** |
| **BRIAN THOMAS, et al.,**     ) | |
| Defendants     ) | |

**TO: THE WARDEN of** IDHS, Treatment & Detention Facility at Rushville, Illinois.

    **WE COMMAND** that you produce the body of **JOHN NEW, JR.**, who is in your custody at the Rushville Treatment and Detention Facility before the United States District Court on **Wednesday, July 18, 2007, at 9:30 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

    **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: July 11, 2007

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:     s/ C. Cathcart
       Deputy Clerk