E-FILED
Monday, 29 October, 2007   10:38:34 AM
Clerk, U.S. District Court, ILCD

# United States District Court

— CENTRAL DISTRICT OF ILLINOIS —

## SUMMONS IN A CIVIL CASE

**JOHN NEW, JR.**

vs.                                     Case Number: **07-3147**

**BRIAN THOMAS, et al.**

TO:  Brian Thomas
    c/o Patrick Knepler
    DHS, Division of Mental Health
    319 East Madison, Suite 3B
    Springfield, Illinois  62701

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**John New, Jr.**
**863120**
**Illinois Department of Human Services**
**Treatment & Detention Facility**
**R. R. 1, Box 6A**
**Rushville, Illinois  62681**

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

October 29, 2007

                                    s/ John M. Waters
                                JOHN M. WATERS, CLERK


                                    s/ C. Cathcart
                              BY:  DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

[ ] **Served personally upon the defendant. Placed where served:** _____

[ ] **Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.**
**Name of person with whom the summons and complaint were left:** _____

[ ] **Returned unexecuted:** _____

[ ] **Other** *(specify)*: _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____    _____
*Date*                *Signature of Server*

_____
*Address of Server*