E-FILED
Tuesday, 04 December, 2007  02:47:34 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| John New, Jr, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  07-3147 HAB-CHE |
| | ) | |
| vs. | ) | |
| | ) | |
| Thomas Monahan, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**Liberty Health Care Corporation**

I certify that I am admitted to practice in this court.

Date:  12/04/07

                                            s/ James C. Vlahakis
                                            James C. Vlahakis   06230459
                                            Attorney for Defendant
                                            Liberty Health Care Corporation
                                            HINSHAW & CULBERTSON LLP
                                            222 North LaSalle, Suite 300
                                            Chicago, IL 60601
                                            tel: 312-704-3000
                                            fax: 312-704-3001
                                            jvlahakis@hinshawlaw.com

6259807v1 864883

## CERTIFICATE OF SERVICE

     I hereby certify that on December 4, 2007, I electronically filed Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record and mailed copy of same to the following party of record:

John New, Jr.
863120
Rushville TDF
RR 1, Box 6A
Rushville, IL 62681

                              Respectfully submitted,

                              s/ James C. Vlahakis
                              James C. Vlahakis   06230459
                              Attorney for Defendant
                              HINSHAW & CULBERTSON LLP
                              222 North LaSalle, Suite 300
                              Chicago, IL 60601
                              tel: 312-704-3000
                              fax: 312-704-3001
                              jvlahakis@hinshawlaw.com