**E-FILED**
Tuesday, 04 December, 2007  03:31:56 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| John New, Jr, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  07-3147 HAB-CHE |
| | ) | |
| vs. | ) | |
| | ) | |
| Brian Thomas, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**Joseph Proctor**

I certify that I am admitted to practice in this court.

Date:   12/04/07

s/ James C. Vlahakis
James C. Vlahakis   06230459
Attorney for Defendant
Joseph Proctor
HINSHAW & CULBERTSON LLP
222 North LaSalle, Suite 300
Chicago, IL 60601
tel: 312-704-3000
fax: 312-704-3001
jvlahakis@hinshawlaw.com

6259891v1 864883

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on December 4, 2007, I electronically filed Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record and mailed copy of same to the following party of record:

John New, Jr.
863120
Rushville TDF
RR 1, Box 6A
Rushville, IL 62681

                         Respectfully submitted,

                         <u>s/ James C. Vlahakis</u>
                         James C. Vlahakis   06230459
                         Attorney for Defendant
                         HINSHAW & CULBERTSON LLP
                         222 North LaSalle, Suite 300
                         Chicago, IL 60601
                         tel: 312-704-3000
                         fax: 312-704-3001
                         jvlahakis@hinshawlaw.com