IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JOHN NEW, JR. <br>    Plaintiff/Petitioner | ) <br> ) <br> ) ORDER TO <br> ) CAUSE FOR A <br> ) A TEMPORARY <br> ) RESTRAINING <br> ) ORDER <br> ) <br> ) Case No. 07-3147 |
| -vs- | |
| BRIAN THOMAS, et al., <br>    Defendant/Respondent(s) | |

MOTION TO ORDER TO CAUSE FOR A
A TEMPORARY RESTRAINING ORDER

Upon the complaint, the supporting affidavits of plaintiff, and the memorandum of law submitted herewith, it is:

ORDERED that defendants, Brian Thomas ( Associate Facility Director ), Shaun Jumper ( Clinical Director ), Eugene McAdory ( Security Director ), show cause in room _____ of the United States Courthouse, 600 East Monroe, Springfield, Illinois 62701, on the _____ day of _____ 200__, at _____ o'clock, why a preliminary injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, in denying myself and another patient/ resident, of our 1st and 14th Amendment Rights of the United States Constitution of the rights to practice our religious beliefs, and to roommed together as roommates, because of the mandates of our common religion as Zen Buddhists, in the Illinois Department of Human Services, Treatment and Detention Facility in direct violation of Plaintiff's Procedural due process rights of the 1st and 14th Amendment of the " Free Exercise Clause ", of the United States Constitution.

PAGE 1-OF-3

Which on the date of October 5, 2007 and also November 7, 2007, myself and fellow patient/resident ( David Stone ) who is also a Zen Buddhist, submitted (2) Resident Rooming Requests, stipulating in writing and in a Signed Written Affidavit, that we would like to become roommates, because we both share a common bond of religion, in which we are both ( ZEN BUDDHISTS )

Plaintiff also submits that the religious counseling function between him and Mr. Stone, is further basis for us to be assigned together, so that both of us may enjoy spiritual peace. Because of the mandates of our common religion, this interest implicates the Free Exercise Clause. It furthermore is conducive to our rehablilitation, and hence to the common public interest.

IT IS FURTHER ORDERED that effective immediately, and pending the hearing and determination of this order to show cause, the defendants: Brian Thomas, Shaun Jumper, Eugene McAdory, and each of their officers, agents, employers, and all persons acting in concert or participation with them, are restrained from denying the Plaintiff and Patient/Resident: David Stone, from becoming roommates with one another and allowing the both of them to practice their religious beliefs as roommates, housed over on Housing Unit, Alpha # 1.

IT IS FURTHER ORDERED that the order to show cause, and all other papers attached to this application, be served on the aforesaid Plaintiff by

DATE:_____


_____
Judge's Signature


DATED:_____

<u>New v. Thomas</u>, et al.,    No. <u>07-3147</u>

### CERTIFICATE OF SERVICE

I, Plaintiff John New, Jr., Pro-Se hereby do certify that I have served an exact photocopy of the foregoing Motion to Order To Cause For A Temporary Restraining Order, in support thereof upon:

> To: Mr. James C. Vlahakis
> Hinshaw & Cublberton, LLP
> 222 North LaSalle Street
> Suite 300
> Chicago, Illinois 60601

by causing a copy of same, in a correctly addressed envelope bearing First Class United States Postage, to be deposited in the United States Mail, at the Illinois Department of Human Services, Treatment & Detention Facility, located in Rushville, Illinois 62681, on this day of December 4th, 2007.

SUBSCRIBED AND SWORN TO BEFORE ME

This 04 day of Dec. 2007

_Sandra_
N O T A R Y    P U B L I C

OFFICIAL SEAL
SANDRA J. HAYS
COMMISSION NO. 655223
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-11-2010

PAGE 3--OF-3

7 

State of Illinois  
Department of Human Services

PAGE 1-OF-2

# TDF Resident Grievance - Appeal Form

| Name of Resident: John New, Jr. | ID #: 863120 | Date of Submitted: November 18, 2007 | Unit: Alpha 1 |

| Date Received by Administration: | Grievance #: |

USE BLACK INK ONLY

SUMMARY OF GRIEVANCE APPEAL:

In a direct appeal to a Grievance that I filed on **August 31, 2007**, of Grievance Number **# 09-07 GR-0633**, of the Rooming Committee denying me to have Resident: **DAVID STONE**, as my new roommate.

Because for one, Resident Stone & myself are both **ZEN BUDDHIST**, which is documented in both of our Clinical Residental Files, and the reason that we are both requesting to become roommates with one another, so we can both continue practicing our religion.

Although our religious counseling function between the both of us, is a further basis for us to be assigned together, so that we may both enjoy spiritual peace.

Because of the mandates of our common religion, this interest implicates the **Free Exercise Clause of the 1st U.S. Amendment Constitutional Rights up under " Freedom of Religion "**...

And the Clinical Staff of this facility is in violation of my 1st Amendment U.S. & Illinois Constitutional Civil Rights, up under the Freedom of Religion Act...

Denying me and Resident Stone the right to practice our religious beliefs as Zen Buddhist, in denying us to become roommates with one another, after myself and Resident Stone have submitted 2nd Resident Rooming Requests through our Primary Therapists, asking to be place in a room together over on Housing Unit Alpha # 1.

While the Clinical Staff is being totally discriminatory against me, because of what certain Clinical Evaluators have placed in my Resident Clinical File about me.

However, I am also being retailiated against by the Clinical Staff for me filing a Temporary Restraining Order not to be placed in a room with a person who is Civilly Committed up under this Act.

Resident's Signature: _____

ALL GRIEVANCE APPEALS MUST BE FILED ON THIS OFFICIAL GRIEVANCE APPEAL FORM

Grievance must be filed within 30 days after receipt of the Facility Director's response. Please attach the grievance with the Grievance Examiner's report and the Facility Director's decision. Forward to the Grievance Examiner.

IL462-5006 (R-4-06)                                                                 Page 1 of 1

State of Illinois  
Department of Human Services

PAGE 2-OF-2

# TDF Resident Grievance - Appeal Form

| Name of Resident: | John New, Jr. | ID #: 863120 | Date of Submitted: | November 18, 2007 | Unit: Alpha 1 |
|---|---|---|---|---|---|
| Date Received by Administration: | | | Grievance #: | | |

USE BLACK INK ONLY

SUMMARY OF GRIEVANCE APPEAL:

Also on **October 5, 2007**, I have submitted a letter to Secretary Adams of the Illinois Department of Human Services, letting her know how I am being discriminated against by the Rooming Committee of them denying me and Resident Stone of becoming roommates with one another over on Housing Unit; **Alpha # 1**.

And in her correspondence back to me, Secretary Adams's subordinate, Dr. Lorrie Rickman Jones, Director of Mental Health, stated that I should try to resolve this incident through my Primary Therapist, in which I did.

Then I filed a grievance, in which the Grievance Examiner, denied my grievance on **10-16-07**, saying that I asked to be placed in a room with Resident Fields, but when I submitted another Resident Rooming Request to ask for Resident Stone as my roommate, that request had gotten denied, too !

But this time, I did not get a written response from the Facility Director in what was the reason for denying my grievance, and I tend to forward a copy of my grievance to Dr. Freeman, in letting him know how I am being deny of my 1st Amendment U.S. & Illinois Constitutional Civil Rights, of Freedom of Religion, and now that me and Resident Stone are Zen Buddhists, the Clinical Staff of this facility is denying our rights to practice our religious beliefs, as Zen Buddhists, of being placed in a room together, so that both of us may enjoy spiritual peace and practice our religion, in the privacy of our own room.

In conclusion, I will file a Injunction in the Federal Court, Amending to the previous lawsuit that I have pending against this Administration of how my 1st Amendment U.S. Constitutional Rights are being violated, of denying me and another Resident who have submitted (2) Resident Rooming Request to become roommates with one another, because we both practice the same religion, and it is documented that we are both Zen Buddhists.

And Chief McAdory, has a copy of a Court Motion that I have filed on October 23rd, 2007, asking my Judge to issue a Court Order to place me and Resident Stone together in a room over on Alpha # 1, because of our religious beliefs, because Chief McAdory should have already receiven my correspondence and the Court Motion that I sent to him on November 7, 2007, showning him that I will address this issue in a Court of Law, for further redress of me being denying of my Constitutional Rights.

Resident's Signature: _____

ALL GRIEVANCE APPEALS MUST BE FILED ON THIS OFFICIAL GRIEVANCE APPEAL FORM

Grievance must be filed within 30 days after receipt of the Facility Director's response. Please attach the grievance with the Grievance Examiner's report and the Facility Director's decision. Forward to the Grievance Examiner.

IL462-5006 (R-4-06)   Page 1 of 1

# RESIDENT ROOM CHANGE REQUEST FORM

Resident should complete the top section of this form and turn it into their Primary Therapist or Team Leader, who will pass the form onto the Rooming Committee.

Request generated by (circle one): (Resident)   Primary   Team Leader   Security
Resident Name: __John New, Jr.__   Date: __10/5/07__
Unit: __Alpha # 1__   Room#: __11__   Current Roommate: __D. MILLER__
Smoking Status: __YES__   HCU Permits (lower bunk, etc.): __LOW BUNK PERMIT__
Length of time with current roommate? __(6) MONTHS__
Reason for requesting a room change (please be specific): __BECAUSE ME AND RESIDENT DAVID STONE, ARE BOTH ZEN BUDDHISTS, AND WE WANT TO BE ABLE TO PRACTICE OUR RELIGIOUS BELIEFS, AND PLUS WE HAVE KNOWN ONE ANOTHER FOR OVER (14) YEARS...__

What has been done to resolve the situation (please be specific): __SEND NUMEROUS RESIDENT ROOMING REQUEST THROUGH OUR PRIMARY THERAPIST TO BECOME ROOMMATES WITH ONE ANOTHER, AND THEY KEEP DENYING US...__

*******************************************************************************
Primary Therapist please attach any progress notes that support or document this request, including attempts to work with the resident to resolve his concerns, along with the residents response.
*******************************************************************************

**Team Leader please complete this section**   Date received: _____
What is the status of this move (circle one):   Emergency   Urgent   Non-Urgent
History of Sexual Misconduct (include date and resident name): _____

History of Fighting and Aggressive Behavior (include dates and resident name): _____

*******************************************************************************
**Rooming Committee complete this section:**   Date request received: _____

Committee Decision: _____

Resident Moved to Room: _____   Roommate: _____

*******************************************************************************
**Approval:**

| Clinical | Signature: | Title: | Date: |
| --- | --- | --- | --- |
| Security | Signature: | Title: | Date: |

cc:   Associate Clinical Director
      Unit Director
      Team Leader
      Primary Therapist

Created 02/06



Rod R. Blagojevich, *Governor*     Illinois Department of Human Services    Carol L. Adams, Ph.D., *Secretary*

319 E. Madison • Springfield, Illinois 62701-1035

October 26, 2007

Resident John H. New, Jr.
Treatment and Detention Facility
R. R. 1, Box 6A
Rushville, IL 62681

Dear Resident New:

Secretary Adams has asked me to respond to your letter dated October 5, 2007, regarding your complaint that the Treatment and Detention Facility (TDF) has denied your request for a room change.

Your complaint is best resolved at the Treatment and Detention Facility. The grievance procedure for residents detained or committed at the TDF is outlined in 59 Illinois Administrative Code, Section G, 299.800: Resident Grievances (see attached).

In summary, you must first attempt to resolve incidents, problems or complaints through your primary therapist or staff person involved. If your complaint is not resolved, it should be filed on the proper grievance form and sent to the Grievance Examiner. The Grievance Examiner will investigate the grievance and make a recommendation to Facility Director Phillips. Facility Director Phillips will issue a written decision to you. If you would choose to appeal the Facility Director's decision, your appeal may be directed to Dr. Anderson Freeman, Deputy Director and program administrator for the Sexually Violent Persons program.

Resident grievances that do not follow this procedure will not be addressed. The decision of Dr. Freeman is the final determination for all resident complaints at the TDF.

Sincerely,

*Lorrie Rickman Jones*

Lorrie Rickman Jones, Ph.D.
Director of Mental Health

State of Illinois
Department of Human Services

PAGE 1-OF-2

# TDF Resident Grievance

| Name of Resident: DAVID STONE | ID #: 745597 | Date of Incident Occurrence: 10/5/07 and 11/7/07 | Unit: Alpha # 3 |
|---|---|---|---|
| Date Received | | Grievance #: | |

**Nature of Grievance**

☐ Personal Property  ☑ Staff Conduct  ☐ Mail Handling  ☐ Meals  ☐ Medical  ☑ Other: (Specify): DENIAL OF MY RELIGIOUS PRACTICES

☐ Disciplinary Report:    Report Date: _____

(Attach copy of Notice of Appearance Before The Behavior Committee and Behavior Committee Decision.)

Use only this form to give a BRIEF Summary of Grievance:

    In violation of my First Amendment and Fourteenth Amendment Rights, in violation of my Civil Rights and possibly on Act of Inter-Retaliation, I am filing this legal D.O.C.; (R-6-06) against the Clinical Director, Dr. Shuan Jumper. I am clearly dissenting that on October 5, 2007, I submitted a Resident Room Change Request Form to my Primary Therapist, ( Dr. Drake ), whom submitted my request to the Department Rooming Committee which the Clinical Supervisor is Dr. Jumper.

    Prior to my request, Dr. Jumper's subordinates who oversees the Rooming Committee, denied my request to be roomed with my Spiritual Father and Spiritual Advisor, Resident John New, Jr. over on Alpha # 1, because I am a Student that studies under the teaching of the **ZEN BUDDHIST**, religion, which I currently studied under African-Hebrew Israelite, in which holds the same principal aspect of Zen Buddhist, which is veganism.

    I was denied my right to exercise that religion, so I was advised by my Attorney, to have it changed to Zen Buddhist, which is honored here at the Department of Human Services. I was approved to honor and practice this religion. Regarding my First Amendment Rights, that I have the right to freely exercise any Religion thereof and the liberty to practice its studies thereto, protected by the Fourteenth Amendment.

Relief Requested:

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreperable harm to self.

Resident Signature: _[signature]_    Date: 11-17-07

IL462-5001 (R-6-06)    Distribution: Master File; Resident    Page 1 of 2

State of Illinois
Department of Human Services     PAGE 2-OF-2

# TDF Resident Grievance



| Name of Resident: DAVID STONE | ID #: 745597 | Date of Incident Occurrence: 10-5-07 and 11-7-07 | Unit: Alpha # 3 |
|---|---|---|---|
| Date Received | | Grievance #: | |

Nature of Grievance
☐ Personal Property  ☑ Staff Conduct  ☐ Mail Handling  ☐ Meals  ☐ Medical  ☑ Other: (Specify): DENIAL OF MY RELIGIOUS PRACTICES

☐ Disciplinary Report:   Report Date: _____
(Attach copy of Notice of Appearance Before The Behavior Committee and Behavior Committee Decision.)

Use only this form to give a BRIEF Summary of Grievance:

The Right of Equal Protection against Discrimination or Prejudicial of Practicing the Religion. Therefore, I requested to be roomed with Resident New, whom oversees my studies and religious practices.

However, I was biaslly denied with no rational explaination or Factual basis on why my request was denied. I again, re-submitted my request to be roomed with Resident New, on Alpha # 1.

And that request was denied on 10/5/07, that I re-submitted through the Inter-departmental Mail, and on 11-7-07, I re-submitted another request, asking to be placed in a room with Resident New, because I clearly dissent that Resident New, is my Spiritual Father & Advisor, and that I feel safe and secure with him as my roommate, and that I have known Mr. New, personally for over 14 years, and our closeness is of Spiritual closeness and practices. All in which I am being denied my right to study, and practice my religion with Resident New, and I am being biasly denied, due to one's dislikes ( Dr. Jumper ) of my Spiritual Father and Advisor, Resident John New, Jr.

[ See Exhibits of Rooming Requests, in my Resident Clinical Master
  File, dated 10-5-07 and 11-7-07 ].

Relief Requested:  To be roomed with Resident John New, Jr., over on Alpha # 1

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreperable harm to self.

Resident Signature: [signature]      Date: 11-17-07

IL462-5001 (R-6-06)         Distribution: Master File; Resident         Page 1 of 2

# RESIDENT ROOM CHANGE
## REQUEST FORM

Resident should complete the top section of this form and turn it into their Primary Therapist or Team Leader, who will pass the form onto the Rooming Committee.

Request generated by (circle one):  (Resident)   Primary   Team Leader   Security
Resident Name: Stone                                Date: 10-05-2007
Unit: Alpha        Room#: 6                         Current Roommate: NONE
Smoking Status: YES                                 HCU Permits (lower bunk, etc.): NONE
Length of time with current roommate? NONE
Reason for requesting a room change (please be specific): I feel comfortable having John H. New as my cellmate/Roommate since I've known Mr. John H New as my basketball coach since early age and as my spiritual father while in IDoc (Pontiac Corr. Ctr.) I feel better secured with him as a Roommate for there lyes no hidden intentions or threats to my well beings or safety.
What has been done to resolve the situation (please be specific): I have made the appropriate submissions to my primary therapist, Mrs. Drake through D.H.S. mail which was denied without rational explination or without proper consultations in regards to the Roomming Committee Procedures.

********************************************************************

Primary Therapist please attach any progress notes that support or document this request, including attempts to work with the resident to resolve his concerns, along with the residents response.

********************************************************************

**Team Leader please complete this section**       Date received: _____
What is the status of this move (circle one):   Emergency   Urgent   Non-Urgent
History of Sexual Misconduct (include date and resident name): _____

History of Fighting and Aggressive Behavior (include dates and resident name): _____

********************************************************************

**Rooming Committee complete this section:**       Date request received: _____

Committee Decision: _____

Resident Moved to Room: _____              Roommate: _____

********************************************************************

**Approval:**

| Clinical | Signature: | Title: | Date: |
| Security | Signature: | Title: | Date: |

cc:   Associate Clinical Director
      Unit Director
      Team Leader
      Primary Therapist

Created 02/06

# RESIDENT ROOM CHANGE REQUEST FORM

*Hand Copied.*

Resident should complete the top section of this form and turn it into their Primary Therapist or Team Leader, who will pass the form onto the Rooming Committee.

Request generated by (circle one):  (Resident)   Primary   Team Leader   Security
Resident Name: Stone                                    Date: 11-07-07
Unit: ALPHA #3   Room#: 06                    Current Roommate: NONE
Smoking Status: Smoker                    HCU Permits (lower bunk, etc.): None
Length of time with current roommate? None
Reason for requesting a room change (please be specific): I am requesting to have John H. New Jr. as my roommate since we have known each other for close to 14 yrs he is my spiritual Advisor and has been my fundamental Basketball coach instructor since i was an adolescent, i feel it is benifical on spiritualness, and nonhazardous to my safety or well beings.
What has been done to resolve the situation (please be specific): I have made the appropriate submissions through my primary Dr. Drake, and to the Rooming committee to be placed in the same Room with Mr. John H New Sr.

*****************************************************************************

Primary Therapist please attach any progress notes that support or document this request, including attempts to work with the resident to resolve his concerns, along with the residents response.

*****************************************************************************

**Team Leader please complete this section**        Date received: _____
What is the status of this move (circle one):   Emergency   Urgent   Non-Urgent
History of Sexual Misconduct (include date and resident name): _____

History of Fighting and Aggressive Behavior (include dates and resident name): _____

*****************************************************************************

**Rooming Committee complete this section:**    Date request received: _____

Committee Decision: _____

Resident Moved to Room: _____         Roommate: _____

*****************************************************************************

**Approval:**

| Clinical | Signature: | Title: | Date: |
|---|---|---|---|
| Security | Signature: | Title: | Date: |

cc:   Associate Clinical Director
      Unit Director
      Team Leader
      Primary Therapist

Created 02/06