IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JOHN NEW, #863120, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 07-3147 |
| | ) | |
| BRIAN THOMAS , SHAUN JUMPER, DARRELL SANDERS, JOSEPH PROCTOR, DIANE DOBIER, SALLY HOUGAS, TARRY WILLIAMS, LIBERTY HEALTH CARE CORPORATION, AND VARIOUS DEFENDANT(S), THAT WILL BE NAMED UPON THE DISCOVERY OF THEIR IDENTITIES, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Now Comes Lisa Madigan, Attorney General of the State of Illinois, by Michael J. Lanzdorf, Assistant Attorney General, State of Illinois, and hereby enters his appearance as counsel on behalf of Defendants, SALLY HOUGAS, DARRELL SANDERS, BRIAN THOMAS, and TARRY WILLIAMS, in the above cause.

Respectfully submitted,

SALLY HOUGAS, DARRELL SANDERS,
BRIAN THOMAS, and TARRY WILLIAMS,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,

  s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JOHN NEW, #863120, | ) |
|       Plaintiff, | ) |
| -vs- | )   No. 07-3147 |
| BRIAN THOMAS, SHAUN JUMPER, DARRELL SANDERS, JOSEPH PROCTOR, DIANE DOBIER, SALLY HOUGAS, TARRY WILLIAMS, LIBERTY HEALTH CARE CORPORATION, AND VARIOUS DEFENDANT(S), THAT WILL BE NAMED UPON THE DISCOVERY OF THEIR IDENTITIES, | ) |
|       Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2007, I electronically filed Defendants' Notice of Appearance, with the Clerk of the Court using the CM/ECF system, which will send notice of same electronically to the following:

James C. Vlahakis at jvlahakis@hinshawlaw.com

and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

John New, #863120
Rushville Treatment & Detention Facility
R.R. #1, Box 6A
Rushville, IL  62681

Respectfully submitted,

  s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us