E-FILED
Monday, 31 December, 2007  05:02:25 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| John New, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   No. 07 C 3147-HAB-CHE |
| v. | ) |
| | ) |
| Brian Thomas, et al., | ) |
| | ) |
|     Defendants. | ) |

**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

NOW COME, Defendants SHAN JUMPER, DIANE DOBIER, JOSEPH PROCTOR and LIBERTY HEALTH CARE CORPORATION, by and through their undersigned counsel move to dismiss Plaintiff's Complaint pursuant to Fed.R.Civ.P. 12(b)(6), and in support state the following:

**I.    INTRODUCTION**

1.    Plaintiff JOHN NEW has been civilly detained pursuant to the Illinois Sexually Violent Persons Commitment Act, 725 ILCS 207/1, *et seq.* (the "SVP Act") at the Illinois Department of Human Services' ("DHS") Treatment and Detention Facility for Sexually Violent Persons located in Rushville, Illinois (the "Joliet TDF").[1]

---

[1]    A "sexually violent person" is an individual who has either been convicted, adjudicated delinquent, or found not guilty by reason of insanity of a "sexually violent offense" and is dangerous because he or she suffers from a mental disorder that makes it substantially probable that the individual will engage in future acts of sexual violence.  725 ILCS 207/5(f). The SVP Act, which is civil in nature, provides that a "sexually violent person" can be committed to the Department of Human Services ("DHS") for an indefinite period of time if he or she is found to be a "sexually violent person" by a jury.  *See* 725 ILCS 207/20; 207/25; 207/35; 207/40(a).  Section 207/30(a) provides that individuals can be detained at a DHS facility while their case is pending.

**II.     SUMMARY OF CLAIMS**

2. Plaintiff has filed a two-count Complaint. Plaintiff essentially claims that he has been held in unlawful housing conditions on account of the fact that he has refused to consent to sex offender treatment. He also claims that he has been subjected to punishment for his refusal to consent to treatment.

3. In Count II, which is less than clear, Plaintiff appears to claim that he was punished for failing to accept a proposed roommate. He also appears to suggest that DHS staff did not allow him to sleep on a lower bunk as required by a medical condition.

**III.    STANDARD OF REVIEW FOR 12(b)(6) MOTION**

4. In ruling on a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), a court should construe the allegations of the complaint in the light most favorable to the plaintiff, draw all reasonable inferences that favor the plaintiff, and accept as true all well-pleaded facts and allegations in the complaint. *Thompson v. Illinois Dep't of Prof'l Regulation,* 300 F.3d 750, 753 (7th Cir. 2002).

5. Although *pro se* complaints are entitled to liberal interpretation, *Haines v. Kerner,* 404 U.S. 519, 520, and are "held 'to less stringent standards than formal pleadings drafted by lawyers,'" a court should not ignore facts set forth in the complaint that undermine the plaintiff's claims, especially where a plaintiff has pled himself out of court. *See, e.g., Holman v. State of Indiana,* 211 F.3d 399, 406 (7th Cir. 2000); *Henderson v. Sheahan,* 196 F.3d 839, 845 (7th Cir.1999); *Thompson v. Farley,* 31 F.3d 557, 558-59 (7th Cir. 1994).

6. Defendants assert Plaintiff has failed to properly plead claiming which implicate their personal involvement. Defendants also assert that Plaintiff has failed

to assert any claims which amount to constitutional violations. Defendants have submitted a Memorandum of Law in Support.

WHEREFORE, for the reasons set forth above, Defendants, SHAN JUMPER, DIANE DOBIER, JOSEPH PROCTOR and LIBERTY HEALTH CARE CORPORATION, respectfully request that this Honorable Court dismiss Plaintiff's Complaint with prejudice.

Respectfully submitted,

By: /s/ James C. Vlahakis
Attorney for the Defendants

James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000
Jvlahakis@hinshawlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 31, 2007, I electronically filed the above document, with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record. I further certify that on December 31, 2007, I served mailed a copy of the above document to the following party of record:

      John New
      c/o Department of Human Services
      R.R. #1, Box 6A
      Rushville, IL 62681

Respectfully submitted,

By: /s/ James C. Vlahakis

James C. Vlahakis
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000
Jvlahakis@hinshawlaw.com

6045809v4 864883