IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JOHN NEW, #863120, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 07-3147 |
| | ) |
| BRIAN THOMAS , SHAUN JUMPER, | ) |
| DARRELL SANDERS, JOSEPH PROCTOR, | ) |
| DIANE DOBIER, SALLY HOUGAS, TARRY | ) |
| WILLIAMS, LIBERTY HEALTH CARE | ) |
| CORPORATION, AND VARIOUS | ) |
| DEFENDANT(S), THAT WILL BE NAMED | ) |
| UPON THE DISCOVERY OF THEIR | ) |
| IDENTITIES, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFF'S COMPLAINT**

NOW COME Defendants SALLY HOUGAS, DARRELL SANDERS, BRIAN THOMAS, and TARRY WILLIAMS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby answer Plaintiff's Complaint as follows:

**PREVIOUS LAWSUITS**

Defendants admit that Plaintiff has made statements concerning previous lawsuits, but lack sufficient knowledge or information to either admit or deny whether Plaintiff's statements are accurate and complete.

**GRIEVANCE PROCEDURE**

Defendants admit that Plaintiff has made statements concerning his compliance with the institutional grievance procedure, but lack sufficient knowledge or information to admit or deny whether Plaintiff's statements are accurate and complete.

**STATEMENT OF CLAIMS**

**COUNT I**

A.  Defendants admit that Plaintiff is detained by the Illinois Department of Human Services (the "Department") at the Treatment and Detention Facility located in Rushville, Illinois ("Rushville TDF"), pursuant to the Sexually Violent Persons Commitment Act, 725 Ill. Comp. Stat. Ann. 207/1 *et seq*. (West 2007).  Defendants admit that the Rushville TDF is a secure residential treatment facility approved by the Department.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph A.

B.  Defendants admit that, on or about June 19, 2006, Plaintiff was transported from the Treatment and Detention Facility in Joliet, Illinois, to the Rushville TDF.  Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph B.

C.  Defendants deny that Title 59 Ill. Admin. Code, § 299.200 (West 2007) requires that detained persons be kept separate from committed persons. Defendants further deny that Plaintiff's constitutional rights were violated.  Defendants Hougas, Sanders, and Thomas lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph C.  Defendant Williams admits that, upon Plaintiff's refusal to accept his rooming assignment, Plaintiff was transferred to a unit that was under increased supervision.  Defendant Williams lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph C.

D.  Defendants deny that Plaintiff's constitutional rights were violated.  Defendants deny that they are in contempt of court. Defendants further deny that Title 59 Ill. Admin. Code,

§ 299.200 (West 2007) requires that detained persons be kept separate from committed persons. Defendant Williams admits that he is a member of the Rooming Committee. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph D.

## COUNT II

E.   Defendants deny that Plaintiff's constitutional rights were violated. Defendant Williams denies that he fabricated a resident rooming request for Plaintiff. Defendant Hougas denies that she issued a fraudulent disciplinary report against Plaintiff. Defendant Williams admits that he is a member of the Rooming Committee. Defendant Hougas admits that she was informed that Plaintiff did not have a low bunk permit as of April 27, 2007. Defendants Sanders, Williams, and Hougas admit that, on or about May 29, 2007, the Health Care Unit Administrator recommended that Plaintiff receive a low bunk assignment for the next six months. Defendants admit that, as of June 6, 2007, Plaintiff had received a low bunk assignment. Defendants lack sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph E.

## RELIEF REQUESTED

A.   Defendants deny that Plaintiff is entitled to declaratory relief.

B.   Defendants deny that Plaintiff is entitled to injunctive relief.

C.   Defendants deny that Plaintiff is entitled to compensatory damages.

D.   Defendants deny that Plaintiff is entitled to punitive damages.

E.   Defendants deny that Plaintiff is entitled to any relief.

## AFFIRMATIVE DEFENSES

1. At all times relevant to Plaintiff's claims, Defendants acted in good faith in the performance of their official duties without violating Plaintiff's clearly established constitutional rights. Defendants are protected from liability by the doctrine of qualified immunity.

2. Plaintiff's claims are barred by the Eleventh Amendment insofar as the State of Illinois is the real party in interest.

3. Plaintiff's claims concerning his underlying commitment proceedings are barred by <u>Younger v. Harris</u>, 401 U.S. 37 (1992).

Respectfully submitted,

SALLY HOUGAS, DARRELL SANDERS,
BRIAN THOMAS, and TARRY WILLIAMS,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,

  s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JOHN NEW, #863120, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 07-3147 |
| | ) |
| BRIAN THOMAS , SHAUN JUMPER, | ) |
| DARRELL SANDERS, JOSEPH PROCTOR, | ) |
| DIANE DOBIER, SALLY HOUGAS, TARRY | ) |
| WILLIAMS, LIBERTY HEALTH CARE | ) |
| CORPORATION, AND VARIOUS | ) |
| DEFENDANT(S), THAT WILL BE NAMED | ) |
| UPON THE DISCOVERY OF THEIR | ) |
| IDENTITIES, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

    I hereby certify that on January 8, 2008, I electronically filed Defendants' Answer and Affirmative Defenses to Plaintiff's Complaint, on behalf of Defendants Sally Hougas, Darrell Sanders, Brian Thomas, and Tarry Williams, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

John New, #863120
Rushville Treatment & Detention Facility
R.R. #1, Box 6A
Rushville, IL   62681

Respectfully submitted,

s/ Michael J. Lanzdorf
Michael J. Lanzdorf, #6286675
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782 -8767
E-Mail: mlanzdorf@atg.state.il.us