IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

JOHN NEW, JR.
    Plaintiff,

-vs-

BRIAN THOMAS, et al.,
    Defendant(s),

Case No. 07-3147
Judge Harold A. Baker
Magistrate Judge Evans

## MOTION FOR AN ENLARGEMENT OF TIME

NOW COMES, Plaintiff, John New, Jr., acting **Pro-Se** on behalf of himself and pursuant to Fed. Rules of Civil Procedure Rule 6(b) respectfully move this Honorable Court for an enlargement of time to respond to Defendant(s) Brian Thomas, Tarry Williams, Darrell Sanders, Sally Hougas, Shaun Jumper, Joseph Proctor, Diane Dobier and Liberty Health Care Inc., Motion to Dismiss. In support plaintiff states as follows:

1.    Plaintiff is a pro-se litigant, who is currently being detained under and by virtue of the Illinois Sexually Violent Persons Act, 725 ILCS 207/1., as such the plaintiff is in the custody of the defendant(s) who are named in this complaint, and must therefore rely on the defendant(s) to provide him with the necessary access to the facility's photocoping machine, and the defendant(s) at this time has inform the plaintiff that said machine is out of order, and thus plaintiff must now seek the necessary copies needed to file his response from another outside source, via the U.S. Mail Service.

2.    Plaintiff is simularly situated as a segregated prisoner, there is no law library of any kind at the Treatment and Detention Facility where plaintiff is now being detained, and plaintiff must rely on a fellow detainee for legal assistance in these proceedings, as plaintiff himself is a layman and is therefore handicapped and unskilled in the science of civil or criminal law.

3.   Plaintiff respectfully request that this Honorable Court grant him an additional 15 days in which to respond to the defendant(s) Thomas, Williams, Sanders, Hougas, Jumper, Proctor, Dobier and Liberty Health Care Inc., from January 16, 2008., until January 30, 2008.

4.   That this Motion for an enlargement of time is hereby filed in good faith, and in no way will it prejudice the defendant(s).

WHEREFORE, for the reason that are stated in this Motion, Plaintiff prays that this Honorable Court will grant his request for an Enlargement of time to respond to the defendant(s) Thomas, Williams, Sanders, Hougas, Jumper, Proctor, Dobier and Liberty Health Care Inc., Motion to Dismiss. For this is so prayed for.

Respectfully Submitted by:

_____
John New, Jr. # 863120
c/o Ill Dept of Human Services
Treatment & Detention Facility
R.R. 1, Box 6A
Rushville, IL 62681

CERTIFICATE OF SERVICE

New v. Thomas, et al., No 07-3147
U.S. Dist., Court C.D. Judge Baker

I, John New, Jr., do hereby certify that I have served an exact photocopy of the foregoing Plaintiff's John New, Jr.'s Motion for an **ENLARGEMENT OF TIME TO RESPOND** to Defendant(s) Brian Thomas, Tarry Williams, Darrell Sanders, Sally Hougas, Shaun Jumper, Joesph Proctor, Diane Dobier and Liberty Health Care Inc., Motion to Dismiss upon:

| | |
|---|---|
| James C. Vlahakis | Micheal J. Lanzdorf |
| c/o Hinshaw & Culbertson LLP | Assistant Attorney General |
| 222 North LaSalle Street, Suite 300 | for the State of Illinois |
| Chicago, Illinois 60601-1081 | 500 South Second Street |
| | Springfield, Illinois 62706 |

By causing to be mailed a true copy thereof at the address referred to above in an evelope duly addressed bearing proper United States First Class postage and deposited in the United States Mail at the Illinois Department of Human Services, Treatment & Detention Facility, located in Rushville, Illinois., On this date of January 07 2008.

SUBSCRIBED AND SWORN TO BEFORE ME

This 07 day of January 2008

_Sandra Day_
NOTARY PUBLIC

OFFICIAL SEAL
SANDRA J. HAYS
COMMISSION NO. 655223
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-11-2010