E-FILED
Monday, 14 January, 2008 09:28:33 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHN NEW, JR.,** ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff ) | **AD TESTIFICANDUM** |
| ) | |
| **vs** ) | |
| ) | **CASE NO. 07-3147** |
| **BRIAN THOMAS, et al.,** ) | |
| Defendants ) | |

**TO: THE WARDEN of** IDHS, Treatment & Detention Facility at Rushville, Illinois.

**WE COMMAND** that you produce the body of **JOHN NEW, JR.**, Register No. **863120**, who is in your custody at the Rushville Treatment and Detention Facility before the United States District Court on **Friday, January 25, 2008, at 9:30 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable PAMELA E. ROBINSON, CLERK of the United States District Court for the Central District of Illinois.

DATED:  January 14, 2008

PAMELA E. ROBINSON, CLERK
UNITED STATES DISTRICT COURT

BY:   s/ C. Cathcart
         Deputy Clerk