IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

JOHN NEW, JR. )
    Plaintiff/Petitioner,. )
)
)
-VS- ) Case No. 07-C-3147-HAB-CHE
)
)
)
BRIAN THOMAS, et al., )
    Defendant/Respondent(s). )

ORDER TO CAUSE FOR A
PRELIMINARY INJUNCTION

Upon the complaint, the supporting affidavit of plaintiff, and the memorandum of law submitted herewith, it is:

ORDERED that defendants, Brian Thomas, Associate Facility Director, and Clinical Director, Shaun Jumper, Ph.D., both of the Illinois Department of Human Services, Rushville (TDF) Treatment and Detention Facility, show cause in room _____ of the United States Courthouse, 600 East Monroe Street, Springfield, Illinois 62701 on the _____ day of _____ at _____ o'clock, why a preliminary injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, from:

PAGE 1-OF-5

Not providing the Plaintiff with a Ovo-lacto Vegetarian form of diet, due to Plaintiff's Religious & Spiritual beliefs as a practicing Zen Buddhist.

Defendants have provided Kosher diets to other Residents/Patients of the (TDF) program to those individuals of Jewish decent, Resident(s): Micheal Linburger, and Robert Lindsey, but defendants are deliberately refusing to acknowledge Plaintiff's religious belief, by denying him a Ovo-lacto-Vegetarian Diet, due to Plaintiff's religious and spiritual beliefs.

Secondly, Plaintiff has requested to Defendants by form of a Written Resident Room Change to be placed in a Single-Man-Room, over on Housing Unit: FOX # 1 OR FOX # 2, due to him being able to have privacy to practice his Spiritual Meditation, in which Defendants have accommodated other residents/patients to their religious beliefs.

Third, Plaintiff has not participated in any type of Treatment Groups, since Plaintiff's arrival into the (TDF) program, and Plaintiff respectfully asks this Honorable Court, to have the defendants have him placed on Housing Unit FOX # 2, with other residents/patients who aren't participating in any treatment groups, and who have numerous civil litigation against Staff Employees of this facility.

Although, if you were to review the Declaration of Steven Strock, in a Civil Lawsuit that Plaintiff has currently pending in the U.S. District Court of the Northern District of Illinois, New v. Monahan, et al., Case No. 06-C-0017, marked as Exhibit (A-1), and if you were to look at paragraph No. # 9, on Page No. # 2, it would show that Plaintiff complained about having a roommate, and they Plaintiff stated verbally and submitted to numerous Administrative Officials in writing that he did not want to be placed in a room with one.

However in a Mutual Agreement between Plaintiff and at the time, Public Service Administrator ( Steven Strock ), upon transfer from the Joliet (TDF) program, to the Rushville (TDF) program, Plaintiff would not be given a roommate.

Nonetheless, that agreement was void, as soon as the (TDF) program was transfered from the Joliet facility, down here to the Rushville facility.

While Plaintiff is asking this Honorable Court to be separated from all other General Population Residents/Patients, so Plaintiff could be able to entail his Spiritual Meditation in the privacy of his own Single-Man-Room, in a more Restrictive Security Setting, since the Clinical and Security Staff has deemed Plantiff as a Sexual Predator, and that Plaintiff shouldn't be placed in a room with other residents/patients.

In conclusion, all Plaintiff is seeking from this Honorable Court in this Order to Cause for a Preliminary Injunction is to be able to receive his Ovo-lacto Vegan Diet, which would be constructed by and with the help of the Facility's Dietican, in making sure that Plaintiff receives his Daliy Dietary Supplements in accordance to Plaintiff's Religious beliefs.

As you will in Exhibit (B-2), that Plaintiff has been receiving this <u>Ovo-Lacto-Vegetarian Diet</u>, when Plaintiff was incarcerated as a Inmate in the Illinois Department of Corrections, at the Pontiac Correctional Center, and Plaintiff has been a practicing Zen Buddhist, since December 2004, in which it is also documented in IDHS-TDF, Ill Dept of Human Services, Treatment and Detention Facility's Records, as well.

Plaintiff has also submitted by via Resident Room Change Request Form, to be placed over in Housing Unit: FOX # 1 OR 2 due to him being able to have privacy to meditate and pray on a daliy basis, but Defendant(s) have denied Plaintiff this harmless request., as you will see marked as Exhibit (C-3).

IT IS FURTHER ORDERED that the order to show cause, and all other papers attached to this application, be served on the aforesaid Plaintiff by_____

_____
Dated:_____

UNITED STATES DISTRICT JUDGE

New v. Thomas, et al.,    No. #  07-C-3147- HAB-CHE

CERTIFICATE OF SERVICE

I, Plaintiff John New, Jr., Pro-Se hereby do certify that I have served an exact photocopy of the foregoing Motion to Order to Cause for a Preliminary Injunction, in support thereof upon:

To: James C. Vlahakis
    Hinshaw & Culbertson LLP
    222 North LaSalle Street
    Suite 300
    Chicago, IL 60601

To: Micheal J. Lanzdorf
    Assistant Attorney Genera
    500 South Second Street
    Springfield, IL 62706

by causing a copy of same, in correctly addressed envelope bearing First Class United States Postage, to be deposited in the United States Mail at the Ill Dept of Human Services, Treatment and Detention Facility, located in Rushville, Illinois 62681, on this date of _____ 2008

SUBSCRIBED AND SWORN BEFORE TO ME

This  23  day of  April  2008

_Sandra_____
NOTARY PUBLIC

OFFICIAL SEAL
SANDRA J. HAYS
COMMISSION NO. 655223
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-11-2010

EXHIBIT (A-1)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN NEW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06 C 0017 |
| ) | |
| THOMAS MONAHAN, et al., ) | Judge Gottschall |
| ) | |
| ) | Magistrate Jude Schenkier |
| Defendants. ) | |

## DECLARATION OF STEVE STROCK

I, Steven Strock, declare and state as follows:

1. I am over eighteen years of age, have personal knowledge of all facts contained in this Declaration, and can testify truthfully to those facts if called upon as a witness under oath.

2. I am currently employed by the Illinois Healthcare and Family Services as the Contract Monitor of the Division of Child Support Enforcement located in Chicago, Illinois. I was employed by the Illinois Department of Human Services ("DHS") at its Treatment and Detention Facility for Sexual Violent Persons at 401 Woodruff Road in Joliet, Illinois 60436 ("Joliet TDF") from September 1, 2001 until August 7, 2006.

3. I started working at the Joliet TDF as an Executive II, which is equivalent to the rank of captain. Security Therapy Aides (STAs) reported to me.

4. I was subsequently promoted to the position of Unit Director, equivalent to the rank of major, for residential housing Units C, D, and E. As Unit Director I was responsible for supervising all TDF staff that work on Units C, D, and E, and I reported directly to the Joliet TDF's Director of Security. I served as a Unit Director from February 1, 2004 until August 7, 2006.

5. As a Unit Director, I was a member of the Joliet TDF's Rooming Committee, which was responsible for making final recommendations regarding room assignments for all residents.

6. My job duties at the Joliet TDF did not include maintenance of the TDF's heating system, plumbing system, or pest control.

7. During the period of my employment at the Joliet TDF, I came to know resident John New, the plaintiff in this case.

8. To my knowledge, Mr. New never complained about the heat not being turned on, about brown water in the sink, broken toilets or about insects in his room.

9. Mr. New did complain that he had a roommate, and did not want one.

10. Prior to his transfer in June 2006 to the new DHS Treatment and Detention Facility in Rushville, Illinois, Mr. New resided at the Joliet TDF in a room located in Unit B, which was one of the two older residential housing units. Prior to his transfer to Rushville, Mr. New requested to be transferred to a room in Unit C, D, or E, all of which are in a relatively newer building.

11. At the time of these requests, I was a member of the Rooming Committee. However, I did not review Mr. New's request to transfer and was not part of any decision to deny Mr. New's request.

I, Steven Strock, upon penalty of perjury, state the foregoing Declaration is true and accurate.

*[signature]*
Steven Strock



**International Buddhist Meditation Center**
928 So. New Hampshire Avenue, Los Angeles, CA 90006
email: IBMC@InternationalBuddhistMeditationCtr.org
web page: InternationalBuddhistMeditationCtr.org
phone: 213 384-0850; fax: 213 739-1270
email: Karunadh@earthlink.net



December 28, 2004

Mr. John H. New, #N-90304
Pontiac Correctional Center
700 W. Lincoln Styreet, PO Box 99
Pontiac, IL 61764-0099

Dear John:

I do not ordinarily send out letters for inmates who are not studying with me. But I will make an exception in your case. Rev. Chitta, my assistant, sent out study materials to you. I hope that you will take advantage of the chance to study with me. Here is a copy of the letter which I sent to your chaplain.


December 28, 2004

Chaplain Eldon Kennell, The Chaplain's office
Pontiac Correctiona; Center
700 West Lincoln SAtreet
PO Box 99
Pontiac, IL 61764-0099

Dear Chaplain Kennell::

Mr. John New, #N-90304, a student of mine who is a declared Buddhist and who is studying to receive Refuge from me in June 2005: that is formally became a Buddhist. John is sincere and dedicated and has willingly entered a rather difficult course of study in order to reach his goal of attaining peace.

Although Buddhism does not demand that they must be vegetarian, Zen Buddhism, of which he is, does require it. Zen Buddhists usually follow an ovo-lacto form of vegetarianism. Some even follow a vegan diet as well. Since he would like to be put on a vegetarian diet, I would appreciate any help you can give in order to help him accomplish this goal. I am not sure which of the vegetarian diets he would prefer, although I believe it is the ovo-lacto one.

Should you have any questions, feel free to write me or email me at the address shown above. Also, my private telephone number should you wish to use it is: 213 382-9972.

Yours in the Search for Truth,


Ven. Dr. Karuna Dharma

---

*Abbess: Ven. Dr. Karuna Dharma; Vice Abbot: Ven. Havanpola Shanti*

# RESIDENT ROOM CHANGE REQUEST FORM

Resident should complete the top section of this form and turn it into their Primary Therapist or Team Leader, who will pass the form onto the Rooming Committee.

Request generated by (circle one): **Resident**   Primary   Team Leader   Security
Resident Name: John New, Jr.       Date: April 7, 2008
Unit: Alpha # 2   Room#: # 3       Current Roommate: J. Williams
Smoking Status: N/A       HCU Permits (lower bunk, etc.): HCU LOW BUNK PERMIT
Length of time with current roommate? (1) MONTH
Reason for requesting a room change (please be specific): Because I have gotten into several altercations with various residents over here on Alpha # 2, and I am requesting to move over to Fox Unit, 1 or 4, which ever one is currently available.

What has been done to resolve the situation (please be specific): I have brought this issue to the immediate attention of my Primary Therapist ( Mr. Olt ), and now I do not have any privacy whatsoever to practice my religious beliefs and meditation. and I would like to be moved immediately, before I get into a physical altercation.

****************************************************************

Primary Therapist please attach any progress notes that support or document this request, including attempts to work with the resident to resolve his concerns, along with the residents response.

****************************************************************

**Team Leader please complete this section**       Date received: _____
What is the status of this move (circle one):  Emergency   Urgent   Non-Urgent
History of Sexual Misconduct (include date and resident name): _____

History of Fighting and Aggressive Behavior (include dates and resident name): _____

****************************************************************

**Rooming Committee complete this section:**   Date request received: 4/8/08
Committee Decision: Not approved at this time - Room mate of resident request -

Resident Moved to Room: ——       Roommate: ——

****************************************************************

**Approval:**

| Clinical | Signature: [signed] | Title: TL | Date: 4/9/08 |
| Security | Signature: Tony Williams | Title: STAFF | Date: 4/8/08 |

cc:   Associate Clinical Director
      Unit Director
      Team Leader
      Primary Therapist                                Created 02/06