

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

JOHN NEW, JR.　　　　　　　　　　)
　　　Plaintiff/Petitioner　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)　Civil Action No. #　07-3147
　　-vs-　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
BRIAN THOMAS, et al.,　　　　　)
　　　Defendant/Respondent(s)　)

### MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C. § 1915 (e)(1), Plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has no access to a **Law Library** and no legal assistance whatsoever.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

4.  Plaintiff has been appointed counsel to represent him on a pro bono basis in Northern District of Illinois, in issues that are in this case, Attached to this motion are:

A letter from Plaintiff's pro bono attorney, seeking legal representation because I lack knowledge of the law, and I cannot litigate my claim without the help of a skilled attorney.

WHEREFORE, plaintiffs request that the court appint **CHRISTIAN F. BINNIG** and **ZACHARY ZILIAK** from the Law Firm of **MAYER BROWN LLP**, a member of the Illinois Bar Association, as counsel in this case.

May 27, 2008
_____
Date

_____
Signature

R.R.1, Box 6A Rushville, IL 62681
_____
Address

MAYER·BROWN

Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrown.com

**Zachary Ziliak**
Direct Tel (312) 701-7285
Direct Fax (312) 706-9287
zziliak@mayerbrown.com

April 11, 2008

BY EXPRESS MAIL

John New, Jr.
Treatment and Detention Facility
Department of Human Services
RR 1, Box 6A
Rushville, IL 62681

Re:    Rule 56.1 Statements from Defendants

Dear Mr. New,

As promised, here are the Rule 56.1 statements from the three groups of defendants, as referenced in the draft affidavit I sent you yesterday. As always, please feel free to call if you have any questions.

Best wishes,

*[signature]*

Zachary Ziliak

Enclosures